BALDWIN SCHLESINGER, as Executor of the Will of ABRAHAM SCHLESINGER, Deceased, Respondent, *v.* LEO SCHLESINGER et al., Respondents, and PHIL BEAR, Appellant.

*Schlesinger* v. *Bear*, 143 App. Div. 907, affirmed.
(Submitted May 9, 1912; decided May 24, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1911, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action for a partnership accounting.

*Harold Nathan* and *Marcel Levy* for appellant.

*Charles Strauss* and *Eugene D. Boyer* for plaintiff, respondent.

*Alexander S. Bacon* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.